IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

IN RE:  J CREW PROPERTY MANAGEMENT, LLC         6:23-bk-70143
        DEBTOR IN POSSESSION                                      CHAPTER 11, Subchapter V

### ORDER GRANTING MOTION TO ESTABLISH DEADLINES

Now before the Court is the debtor's Motion Establish Deadlines filed with the Court on January 4, 2024, at Docket #150. The Court, being advised of the facts and the law, hereby finds and orders as follows:

1. This Court has jurisdiction over this matter and the parties.

2. That the Plan provides adequate disclosure information and that a separate disclosure statement is not necessary.

3. The Subchapter V Small Business Plan and a Ballot conforming to Official Form 14 shall be mailed to all creditors, equity security holders and other interested parties, and also shall be transmitted to the U.S. Trustee and the Subchapter V Trustee.

4. March 1, 2024, is fixed as the last day for filing and serving written objections to the confirmation of the Debtor's Subchapter V Plan.

5. March 1, 2024, is fixed as the last day for filing written acceptances or rejections of the Debtor's Subchapter V Plan. Such acceptance or rejection shall be by the Ballot described above and must be received by the attorney for Debtor on or before midnight on March 1, 2024, in order to be counted.

6. The confirmation hearing for the debtor's Amended Subchapter V Plan shall be set for April 18, 2024.

IT IS THERFORE ORDERED that the debtor's Motion to Establish Deadlines is hereby granted.

_____
Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 01/24/2024

**APPROVED:**

Approved:

/s/__*Beverly Brister*_____
Beverly Brister,
Subchapter V Trustee

/s/__*Joseph DiPietro*_____
Joseph DiPietro,
Attorney for the U.S. Trustee

/s/*Jennifer Wyse*
Jennifer Wyse,
Attorney for Debtor


cc:     Honey Law Firm, P.A.

        Beverly I. Brister, Subchapter V Trustee

        Patricia J. Stanley, Assistant U.S. Trustee