Form nhrg

# UNITED STATES BANKRUPTCY COURT

### Western District of Arkansas

In Re:     J Crew Property Management, LLC
           Debtor

Case No.: 6:23−bk−70143
Chapter:  11
Judge:  Bianca M Rucker

PLEASE TAKE NOTICE that a Hearing has been scheduled before Judge Bianca M Rucker at

U.S. Post Office and Courthouse, 100 Reserve Street, Hot Springs, AR 71901

on 4/18/24 at 09:00 AM

to consider and act upon the following:

*157* – Order Granting Motion To Establish Deadlines. (Related Doc # 150) Entered on Docket 1/24/2024 (Wilkins, Tanya)

Attorneys are directed to contact the Courtroom Deputy as soon as possible prior to hearing if this matter will require more than 15 minutes to be heard.

If you will be introducing exhibits, please bring a copy for the staff attorney.

If a matter scheduled for hearing by this notice is a contested matter under Fed. R. Bankr. P. 9014, parties are hereby notified, in accordance with Fed. R. Bankr. P. 9014(e), that the scheduled hearing will be an evidentiary hearing at which witnesses may testify.

CH. 11 SUB CH. V CONFIRMATION HEARING

Dated: 1/25/24

Linda McCormack, Clerk
By:
Angie R. Carter
Deputy Clerk